IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERVIN JAMES HORTON,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1351

Opinion filed May 5, 2016.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Ervin James Horton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and William W. Gwaltney, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.